**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7017**

---

JOHN EDWARD KUPLEN,

Plaintiff - Appellant,

versus

JANET RENO; MICHAEL EASLEY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-97-264-5-CT-BR2)

---

Submitted:  January 22, 1998          Decided:  February 4, 1998

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John Edward Kuplen, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his complaint for declaratory and injunctive relief. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Kuplen v. Reno</u>, No. CA-97-264-5-CT-BR2 (E.D.N.C. June 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>